**325 So.2d 513**

**In re Samuel Porter MITCHELL**

v.

**STATE of Alabama.**

**Ex parte Samuel Porter Mitchell.**

**SC 1618.**

Supreme Court of Alabama.

Jan. 29, 1976.

Charles L. Howard, III, Birmingham, for petitioner.

None for the State, respondent.

SHORES, Justice.

Petition of Samuel Porter Mitchell for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Mitchell v. State of Alabama*, 56 Ala.App. 718, 325 So.2d 509.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

**329 So.2d 663**

**In re Donald MITCHELL**

v.

**STATE of Alabama.**

**Ex parte Donald Mitchell.**

**SC 1781.**

Supreme Court of Alabama.

April 16, 1976.

J. Mark White, Birmingham, for petitioner.

MERRILL, Justice.

Petition of Donald Mitchell for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Mitchell v. State*, 57 Ala. App. 601, 329 So.2d 658.

WRIT DENIED.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.